UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MASSEL,<br><br>        Plaintiff,<br><br>    v.<br><br>COINBASE, INC.,<br><br>        Defendant. | Case No. 23-cv-02123-VC<br><br>**ORDER GRANTING MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**<br><br>Re: Dkt. No. 18 |

      The parties agree that the motion to compel arbitration should be granted because the arbitrator should decide whether the case is subject to arbitration. Accordingly, the motion to compel arbitration is granted. The case is stayed pending the arbitrator's decision about arbitrability. The parties should file a notice with the Court within 7 days of that decision. If the arbitrator determines that the case is indeed subject to arbitration, this case will be dismissed without prejudice. *See Johnmohammadi v. Bloomingdale's, Inc.*, 755 F.3d 1072, 1073-74 (9th Cir. 2014).

      **IT IS SO ORDERED.**

Dated: October 6, 2023

_____
VINCE CHHABRIA
United States District Judge